## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **GULNAR THAWAR** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:20-CV-975 |
| vs. | § | |
| | § | |
| **SOFTWORLD, INC,** | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiff Gulnar Thawar files this, her Certificate of Interested Parties. The undersigned counsel certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiff: Gulnar Thawar

2. Counsel for Plaintiff: Eric N. Roberson
   KILGORE & KILGORE, PLLC
   3109 Carlisle Street
   Dallas, Texas 75204-1194
   (214) 969-9099 | Facsimile: (214) 379-0843
   enr@kilgorelaw.com

3. Defendants: SoftWorld, Inc.

4. Counsel for Defendants: Unknown at this time

5. All persons and entities listed in Defendants' Certificate of Interested Parties.

If any new parties are added, or if additional persons or entities that are financially interested in the outcome of this litigation are identified at any time during the pendency of this litigation, Plaintiff will file an amended certificate with the Clerk.

RESPECTFULLY SUBMITTED,

/s/ Eric N. Roberson

---

Eric Roberson
State Bar No. 00792803
Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, TX 75204
214-379-0817 Direct
214.969.9099
214.379.0843 Fax
ENR@KilgoreLaw.com
**Attorney for Plaintiff**
**Gulnar Thawar**

## CERTIFICATE OF SERVICE

The undersigned certifies that this document has been served on named Defendants, simultaneous with the electronic filing of the same, and that the Plaintiff will serve Defendant via formal service of process and citation under the Rules of Procedure, unless it agrees to answer without need of formal service.

/s/ Eric N. Roberson

---

Eric Roberson

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES - PAGE 2**