UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | |
|---|---|
| GULNAR THAWAR § | |
| § | |
| Plaintiff, § | |
| VS. § | CAUSE NO. 4:20-cv-975 |
| § | |
| SOFTWORLD, INC. § | |
| Defendant. § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 4, 2021, 12:00 pm**,

**SUMMONS, PLAINTIFF GULNAR THAWAR'S ORIGINAL COMPLAINT FOR EQUITABLE AND MONETARY RELIEF, PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES, CIVIL CASE COVER SHEET,**

and was executed at **211 E 7th St Suite 620 , Austin, TX 78701** within the county of **Travis** at **03:29 PM** on **Tue, Feb 09 2021**, by delivering a true copy to the within named

**SOFTWORLD, INC. BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY ACCEPTED BY AUTHORIZED AGENT SAMANTHA GUERRA**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **2/5/1983**, and my address is **500 E. 4th St. #143, Austin, TX 78701**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **February 10, 2021**.

_____
Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2022